Vacated and Remanded and Memorandum
Opinion filed July 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00137-CV

____________

 

17886 ENTERPRISES, INC., Appellant

 

V.

 

PATRICK CASHIN, Appellee

 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2010-27455

 

 



M E M O R
A N D U M   O P I N I O N

This is an appeal from a
judgment signed October 29, 2010.

            On July 14, 2011, the parties filed a joint motion to vacate
the judgment and remand the cause to the trial court.  See Tex. R. App. P. 42.1.  The motion is
granted.

            Accordingly, the judgment is vacated and the cause remanded
to the trial court.

                                                                        PER
CURIAM

Panel consists of Justices
Frost, Jamison, and McCally.